JUDGE CHIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| Patrolmen's Benevolent Association of the City of New York, Incorporated, the Health and Welfare Fund of the Patrolmen's Benevolent Association of the City of New York, and the Retiree Health and Welfare Fund of the Patrolmen's Benevolent Association of New York<br><br>          Plaintiff,<br><br>-against-<br><br>Quality Care Solutions, Inc. and the TriZetto Group, Inc.,<br><br>          Defendants. | 08-Civ-_____( )<br><br>**RULE 7.1 STATEMENT**<br><br> |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Quality Care Solutions, Inc., ("Quality Care"), (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Quality Care is a direct or indirect subsidiary of TriZetto Group, Inc., ("TriZetto.") Trizetto is a publicly traded company. TriZetto has no publicly traded shareholders who own 10% or more of its stock.

Dated: New York, New York
June 16, 2008

                BOUNDAS, SKARZYNSKI, WALSH & BLACK, LLC

                By: _____
                    James Sandnes, Esq. (JS-8944)
                One Battery Park Plaza
                Floor 32
                New York, New York 10004
                Tel: (212) 820-7760
                jsandnes@bswb.com

                Attorneys for Defendant TriZetto Group, Inc.