UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| Patrolmen's Benevolent Association of the City of New York, Incorporated, the Health and Welfare Fund of the Patrolmen's Benevolent Association of the City of New York, and the Retiree Health and Welfare Fund of the Patrolmen's Benevolent Association of New York<br><br>       Plaintiff,<br><br> -against-<br><br>Quality Care Solutions, Inc. and the TriZetto Group, Inc.,<br><br>       Defendants. | 08-Civ-5457 (DC)<br><br>**Affidavit of Service** |

STATE OF NEW YORK )
          : ss.:
COUNTY OF NEW YORK )

  EMILY BARLOW, being duly sworn, deposes and says:

  1. That deponent is not a party to this action, is over 18 years of age, and is a resident of New York.

  2. That on the 17th day of June, I served true and correct copies of the Notice of Removal (with exhibits) and the Defendants' Rule 7.1 Statements, upon Andrew N. Krinsky, Esq., Tarter Krinsky & Drogin, LLP, 1350 Broadway, New York, NY 10018 and upon Michael T. Murray, Esq., General Counsel, Patrolmen's Benevolent Association of the City of New York, Incorporated, 40 Fulton Street, New York, NY

10038, by placing same in pre-paid first-class postal envelopes, addressed to said attorneys, and depositing the same in a mailbox maintained by the U.S. Postal Service.

                 _____
                     Emily Barlow

SWORN TO BEFORE ME THIS
17th DAY OF JUNE, 2008

_____
NOTARY PUBLIC

JAMES SANDNES
Notary Public, State of New York
No. 02SA6132984
Qualified in New York County
Commission Expires September 6, 2009