James Sandnes (JS-8944)
BOUNDAS SKARZYNSKI
   WALSH & BLACK LLC
One Battery Park Plaza, 32nd Floor
New York, New York 10004
Telephone: (212) 820-7700
Fax: (212) 820-7740

Andrew N. Krinsky
Rachel S. Fleishman
TARTER KRINSKY & DROGIN LLP
1350 Broadway
New York, New York 10018
(212) 216-8000

Michael T. Murray
Gaurav I. Shah
Office of the General Counsel of the
   Patrolmen's Benevolent Association of
   the City of New York, Inc.
40 Fulton Street
New York, New York 10038
(212) 298-9144

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/08
```

## UNITED STATE DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------x

| | |
|---|---|
| PATROLMEN'S BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK, INCORPORATED, THE HEALTH AND WELFARE FUND OF THE PATROLMEN'S BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK, and THE RETIREE HEALTH AND WELFARE FUND OF THE PATROLMEN'S BENEVOLENT ASSOCIATION OF NEW YORK, | CASE NO.: 1:08-cv-05457-DC<br><br>Case Assigned to: Hon. Denny Chin<br><br>**STIPULATION AND [ORDER]** |
| Plaintiffs, | |
| vs. | |

QUALITY CARE SOLUTIONS, INC.      :
and THE TRIZETTO GROUP, INC.,     :
                                  :
            Defendants.           :
---------------------------------- x

It is hereby stipulated and agreed, by and between the undersigned counsel, as follows:

1.     The time for Defendants to answer, move, or otherwise respond to the complaint is hereby extended to and until August 4, 2008.

2.     The Defendants hereby waive any defenses regarding the form of process or the sufficiency of service of process in this matter.

3. To the fullest extent allowed by law, the time for Plaintiffs to move to remand the above-captioned action to state court is extended to and until August 14, 2008.

Dated: June 24, 2008
New York, New York

| | |
|---|---|
| **TARTER KRINSKY & DROGIN LLP** | **BOUNDAS, SKARZYNSKI, WALSH & BLACK LLC** |
| By: *Rachel Fleishman/gs* | By: *[signature]* |
| Andrew N. Krinsky | James Sandnes (JS-8944) |
| Rachel S. Fleishman | One Battery Park Plaza |
| 1350 Broadway | New York, New York 10004 |
| New York, New York 10018 | Telephone: (212) 820-7700 |
| (212) 216-8000 | Fax: (212) 820-7740 |
| | |
| | *Counsel for Defendants* |

**Office of the General Counsel of the Patrolmen's Benevolent Association of the City of New York, Inc.**

By: *[signature]*
Michael T. Murray
Gaurav I. Shah
40 Fulton Street
New York, New York 10038
(212) 298-9144

*Co-Counsel for Plaintiffs*

SO ORDERED:

*[signature]*
Hon. Denny Chin
6/26/08

3