Rachel S. Fleishman (RF-5080)
TARTER KRINSKY & DROGIN LLP
*Attorneys for Plaintiffs*
1350 Broadway – 11th Floor
New York, New York 10018
(212) 216-8000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

| | |
|---|---|
| Patrolmen's Benevolent Association of the City of New York, Incorporated, the Health and Welfare Fund of the Patrolmen's Benevolent Association of the City of New York, and the Retiree Health and Welfare Fund of the Patrolmen's Benevolent Association of New York, | 08 Civ. 5457 (DC)  **NOTICE OF APPEARANCE** |

                              Plaintiffs,

              -against-

Quality Care Solutions, Inc. and the TriZetto
Group, Inc.,

                          Defendants.

-------------------------------------------------------------X

PLEASE TAKE NOTICE, that Tarter Krinsky & Drogin LLP has been retained by

plaintiffs Patrolmen's Benevolent Association of the City of New York, Incorporated, the

Health and Welfare Fund of the Patrolmen's Benevolent Association of the City of New

York, and the Retiree Health and Welfare Fund of the Patrolmen's Benevolent

Association of New York, in the above-entitled action, and hereby requests service of all

papers and notices of proceedings in the action.

Dated:      New York, New York
            June 30, 2008

TARTER KRINSKY & DROGIN LLP
*Attorneys for Plaintiffs*

By: _____

      Rachel S. Fleishman (RSF-5080)
      1350 Broadway, 11th Floor
      New York, New York 10018
      (212) 216-8000

TO:   James Sandnes, Esq. (JS-8944)
      BOUNDAS, SKARZYNSKI,
      WALSH & BLACK, LLC
      *Attorneys for Defendants*
      One Battery Park Place, Floor 32
      New York, New York 10004
      (212) 820-7700
      jsandnes@bswb.com

{Client\000999\AD104\00141558.DOC;1}

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of June, 2008, a copy of the foregoing Notice of Appearance of Rachel S. Fleishman was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Rachel S. Fleishman