UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATROLMEN'S BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK, INCORPORATED, THE HEALTH AND WELFARE FUND OF THE PATROLMEN'S BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK, and THE RETIREE HEALTH AND WELFARE FUND OF THE PATROLMEN'S BENEVOLENT ASSOCIATION OF NEW YORK,<br><br>                Plaintiffs,<br><br>-against-<br><br>QUALITY CARE SOLUTIONS, INC and THE TRIZETTO GROUP, INC,<br><br>                Defendants. | 08 CIV 5457 (DC)<br><br>ECF<br><br>**PLAINTIFFS' RULE 7.1**<br>**DISCLOSURE STATEMENT** |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs submit the following statement regarding parent corporations and any publicly held corporation owning ten percent or more of their stock:

1. Plaintiffs in the above-captioned action have no parent corporation, and no publicly held corporation owns more than ten percent of its stock.

Dated: June 26, 2008
New York, New York

**TARTER KRINSKY & DROGIN LLP**

By: *Rachel Fleishman* (signature)
Andrew N. Krinsky
Rachel S. Fleishman
1350 Broadway
New York, New York 10018
(212) 216-8000

**Office of the General Counsel of the Patrolmen's Benevolent Association of the City of New York, Inc.**

By: _____
Michael T. Murray
Gaurav I. Shah
40 Fulton Street
New York, New York 10038
(212) 298-9144

*Co-Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of June, 2008, a copy of the foregoing Plaintiffs' Rule 7.1 Disclosure Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____
Rachel S. Fleishman

{Client\000999\AD104\00141688.DOC;1}