SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Attorney: TARTER, KRINSKY & DROGIN, LLP**

PATROLMEN'S BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK, INCORPORATED, ETAL

Plaintiff(s)

The papers served bore the index # and date of filing.

Index # 601313/08

- against -

QUALITY CARE SOLUTIONS, INC., ETANO

Defendant(s)

Purchased April 30, 2008

**AFFIDAVIT OF SERVICE**

STATE OF AZ : COUNTY OF Maricopa ss:

Michael Vera BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT 9393 N. 90th ST #121 Scottsdale AZ 85258

That on May 30, 2008 at 12:50 PM at

4647 SOUTH 50TH STREET
BUILDING 1, SUITE 150
PHOENIX, AZ 85044

Deponent served the within SUMMONS & VERIFIED COMPLAINT on QUALITY CARE SOLUTIONS, INC. therein named,

CORPORATION a FOREIGN corporation by delivering thereat a true copy of each to TOM NIESMAN, FACILITY MANAGER personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & VERIFIED COMPLAINT as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 55 | 5'8 | 240 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: 6/5/08

Notary:

JEFFREY EVERT
Notary Public - Arizona
Maricopa County
My Comm. Expires Mar 14, 2009

Server:

Invoice #: 463372

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of June, 2008, a copy of the foregoing Affidavits of Service were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_Rachel S. Fleishman_
Rachel S. Fleishman

{Client\000999\AD104\00141689.DOC;1}