SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Attorney: TARTER, KRINSKY & DROGIN, LLP**

PATROLMEN'S BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK, INCORPORATED, ETAL

Plaintiff(s)

- against -

QUALITY CARE SOLUTIONS, INC., ETANO

Defendant(s)

The papers served bore the index # and date of filing.

Index # 601313/08

Purchased April 30, 2008

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DAWN M. NIOLA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 30, 2008 at 11:00 AM at

9 FIFTH AVENUE
TH FLOOR
NEW YORK, NY10017

Deponent served the within SUMMONS & VERIFIED COMPLAINT on QUALITY CARE SOLUTIONS, INC. therein named,

CORPORATION  a DOMESTIC corporation by delivering thereat a true copy of each to QWEN LAIRD personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & VERIFIED COMPLAINT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BLACK | BLACK | 45 | 5'8 | 175 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: May 30, 2008

EL GRABER
Notary Public, State of New York
02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified in New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

DAWN M. NIOLA
License #: 1259082
Invoice #: 463371

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728