UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
Patrolmens Benevolent Association
of the City of New York, et al.,
                  Plaintiff,

        08 CIVIL 5457 ( DC )

-against-

Quality Care Solutions, Inc.,
etal.,
                  Defendant.
------------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Rachel S. Fleishman__

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __RF-5080__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From: __Milberg Weiss Bershad & Schulman__

    To: __Tarter Krinsky & Drogin LLP__

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address:* __1350 Broadway, 11th Floor, New York,__ NY 10018

☒ *Telephone Number:* __212-216-8000__

☒ *Fax Number:* __212-216-8001__

☒ *E-Mail Address:* __rfleishman@ tarterkrinsky.com__

Dated: __7/1/08__          _[signature]_