James Sandnes (JS-8944)  
BOUNDAS SKARZYNSKI  
   WALSH & BLACK LLC  
One Battery Park Plaza, 32nd Floor  
New York, New York 10004  
Telephone: (212) 820-7700  
Fax: (212) 820-7740  

Attorneys for Defendants  

Andrew N. Krinsky  
Rachel S. Fleishman  
TARTER KRINSKY & DROGIN LLP  
1350 Broadway  
New York, New York 10018  
(212) 216-8000  

Attorneys for Plaintiffs  

Michael T. Murray  
Gaurav I. Shah  
OFFICE OF THE GENERAL COUNSEL  
   OF THE PATROLMEN'S BENEVOLENT  
ASSOCIATION OF THE CITY OF NEW  
YORK, INC.  
40 Fulton Street  
New York, New York 10038  
(212) 298-9144  

Co-Counsel for Plaintiffs  



USDC SDNY  
DOC[UMENT]  
[ELECTRONI]CALLY FILED  
[FIL]ED: 8/8/08

## UNITED STATE DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

PATROLMEN'S BENEVOLENT  
ASSOCIATION OF THE CITY OF  
NEW YORK, INCORPORATED, THE  
HEALTH AND WELFARE FUND  
OF THE PATROLMEN'S BENEVOLENT  
ASSOCIATION OF THE CITY OF NEW  
YORK, and THE RETIREE HEALTH  
AND WELFARE FUND OF THE  
PATROLMEN'S BENEVOLENT  
ASSOCIATION OF NEW YORK  

                Plaintiff,  

vs.  

QUALITY CARE SOLUTIONS, INC.  
and THE TRIZETTO GROUP, INC.,  

                Defendants.  

---------------------------------------x

CASE NO.: 1:08-cv-05457-DC  

Case Assigned to: Hon. Denny Chin  

STIPULATION AND [ORDER]

It is hereby stipulated and agreed, by and between the undersigned counsel, as follows:

1.　　The time for Defendants to answer, move, or otherwise respond to the complaint is hereby extended to and until September 8, 2008.

2.　　To the fullest extent allowed by law, the time for Plaintiffs to move to remand this matter is extended to and until September 18, 2008.

Dated: August 7, 2008

TARTER KRINSKY & DROGIN LLP

By: *Rachel Fleishman/gp*

Andrew N. Krinsky
Rachel S. Fleishman
1350 Broadway
New York, New York 10018
(212) 216-8000

*Attorneys for Plaintiffs*

- and -

Office of the General Counsel
Of the Patrolmen's Benevolent
Association of the City of New
York, Inc.

By: _____

Michael T. Murray
Gaurav I. Shah
40 Fulton Street
New York, New York 10038
(212) 298-9144

*Co-Counsel for Plaintiffs*

2

BOUNDAS, SKARZYNSKI
WALSH & BLACK LLC

By: _____
James Sandnes (JS-8944)
One Battery Park Plaza – 32nd Fl.
New York, New York 10004
Telephone: (212) 820-7700
Fax: (212) 820-7740

Attorneys for Defendants


SO ORDERED.

_____
USDJ
8/8/08